**In the United States District Court**
**For the Southern District of Maryland**

| | |
|---|---|
| Pierre Hicks,<br>Tanya Hicks,<br><br>    Consumer(s)<br><br>Carrie M. Ward, Howard N. Bierman,<br>Jacob Geesing, Pratima Lele,<br>Joshua Coleman, Richard R. Goldsmith Jr.,<br>Ludeen McCartney-Green, Jason Kutcher,<br>Elizabeth C. Jones, Nicholas Derdock,<br>John E. Driscoll, David K. McCloud, Christina<br>Williamson, Christopher Haresign,<br>Alex Cooper Auctioneers Inc, Sara Tussey<br><br>John Does 1-10<br><br>    3rd Party Debt Collector(s) | Case No. |

ACTION TO ENFORCE LIABILITY FOR VIOLATIONS UNDER 15 USC. §1692 ET SEQ.

Natural persons and consumer creditors Pierre Hicks and Tanya Hicks file this Action to Enforce Liability for violations under 15 USC. § 1692 et seq., the Fair Debt Collections Practices Act (FDCPA) against the above-named 3rd Party Debt Collectors and leave room to add any additional 3rd Party Debt Collectors that become known as co-conspirators.

Consumers seek limited **JUDICIAL REVIEW**, in the form of declaratory relief, to determine if Respondents are debt collectors subject to the FDCPA, and that the debt collectors are **ORDERED** to comply with all sections of the FDCPA, including but not limited to filing a counter claim within 5 days under 15 USC § 1692i, and per 15 USC § 1692c(c)1 to cease and desist all collection activities, to terminate all actions outside of this proper judicial district, and to discharge the alleged debt that they have not provided proper verification and validation for.

## Jurisdiction and Venue

This matter is a Federal Question and is an enforcement action under 15 U.S.C. § 1692k, the private right of action statute of the FDCPA

The FDCPA is the **only** law that Consumers rely on and it alone governs this enforcement action.

Take Judicial Notice that the language of this case will be the Plain Writing Act of 2010.

Take Judicial Notice that any exhaustive or protractive litigation will be issued additional damages.

## FACTS RELEVANT TO THIS ENFORCEMENT ACTION

1. Pierre Hicks and Tanya Hicks are 15 USC § 1692a(3) (Consumers).
2. Carrie M. Ward, Howard N. Bierman, Jacob Geesing, Pratima Lele, Joshua Coleman, Richard R. Goldsmith Jr., Ludeen McCartney-Green, Jason Kutcher, Elizabeth C. Jones, Nicholas Derdock, John E. Driscoll, David K. McCloud (Respondents-A), Christina Alex Cooper Auctioneers Inc and Sara Tussey, (ACAI), and Williamson and Christopher Haresign, are all 15 USC § 1692a(6) debt collectors who are subject to federal law and subject to the jurisdiction of this court, to which both the Consumers and the Court shares concurrent jurisdiction over.
3. Respondents violated one or more provisions of the FDCPA.
4. Respondents-A initiated a non-judicial debt collection action attempting to confiscate seize, disable, and dispossess personal property owned by the Consumers in violation of 15 USC §1692(e), 15 USC § 1692f(6) & 15 USC § 1692i. If a debt collector wants to bring any type of action they must do so in a competent judicial court based on 15 USC § 1692i. A copy of the ~~summons and complaint~~ ORDER TO DOCKET PH. (Exhibit A) PH.
5. Consumers mailed Respondents-A a 15 USC § 1692 FDCPA demand for verification and validation of an alleged debt. (Exhibit B)
6. Respondents-A did not provide Consumers with the requested verification and validation of the alleged debt as required by the FDCPA; See 15 USC § 1692g. Consumers mailed a follow-up communication to Respondents-A. (Exhibit C)
7. #4 above is also a crime under federal statutes 15 USC § 1692d. Respondents-A continue to make a physical threat to seize, dispossess, and disable private personal property belonging to the Consumers.
8. The Consumers have issued the injunctive relief codified within the FDCPA based on 15 USC § 1692c(c)1.
9. ACAI violated 15 USC § 1692f(6) by conducting a public auction of the Consumer's private personal property, without the consent of the Consumers or a court of competent jurisdiction.
10. Respondents-A are continuing to attempt to collect in the form of an eviction, another form of debt collection, under 15 USC § 1692f(6).

11. On May 22, 2016 Consumers filed a FDCPA complaint with the Consumer Financial Protection Bureau (CFPB) concerning Respondents-A bearing case number 160522-000195. (Exhibit D)
12. On May 22, 2016 Consumers filed an identity theft affidavit with the Federal Trade Commission (FTC) concerning Respondents-A bearing case number 71141917. (Exhibit E)
13. Due to the Respondents-A not complying fully with federal law, another violation of law was committed as the Consumer was forced to file Bankruptcy to get Respondents-A to cease doing what is already mandatory injunctive relief under the FDCPA, to cease collection activity 15 USC § 1692c(c)1.
14. Christina Williamson filed in Bankruptcy Court a Motion to Release from Stay the injunctive relief ignored under the FDCPA, which was granted on January 23, 2017. The Consumers are assessing 1 million dollars ($1,000,000) in damages against Christina Williamson for violating 15 USC § 1692c(c)1.
15. Attorney's Christopher Haresign and Sara Tussey became co-conspirators by making appearances without the expressed consent of the Consumers or a court of competent jurisdiction to communicate with the Consumers, and are each assessed 100,000 for violating 15 USC § 1692c(c)1.
16. Consumers are entitled to actual and statutory damages against Respondents-A in the assessed amount of $2,972,980, actual and statutory damages against ACAI in the assessed amount of $487,800, actual and statutory damages against Christina Williamson in the assessed amount of $1,000,000, actual and statutory damages against Christopher Haresign in the assessed amount of $100,000, and actual and statutory damages against Sara Tussey in the assessed amount of $100,000. See 15 USC § 1692(k).

## REMEDY SOUGHT

Consumers move for declaratory relief, that Respondents are debt collectors subject to the FDCPA, and that the Respondents are **ORDERED** to comply with all sections of the FDCPA, including but not limited to 1692c(c)1 to cease and desist **ALL** collection activities and terminate all actions outside of this proper judicial district, and to discharge the alleged debt that they have not provided proper verification and validation for.

Respondents are **ORDERED** to file a counterclaim within 5 days or their actions are terminated and dismissed permanently.

Consumers move for an order issued by this Court ratifying the 15 USC § 1692k(1) actual damages assessed by Consumers in Consumer's private right of action in the amount of $2,972,980 against Carrie M. Ward, Howard N. Bierman, Jacob Geesing, Pratima Lele, Joshua Coleman, Richard R. Goldsmith Jr., Ludeen McCartney-Green, Jason Kutcher, Elizabeth C. Jones, Nicholas Derdock, John E. Driscoll, David K. McCloud, individually and mutually, for violations of the FDCPA.

Consumers move for an order issued by this Court ratifying the 15 USC § 1692k(1) actual damages assessed by Consumers in Consumer's private right of action in the amount of $487,800 against Alex Cooper Auctioneers Inc, for violations of the FDCPA.

Consumers move for an order issued by this Court ratifying the 15 USC § 1692k(1) actual damages assessed by Consumers in Consumer's private right of action in the amount of $487,800 against Christina Williamson, for violations of the FDCPA.

Consumers move for an order issued by this Court ratifying the 15 USC § 1692k(1) actual damages assessed by Consumers in Consumer's private right of action in the amount of $100,000 against Christopher Haresig, for violations of the FDCPA.

Consumers move for an order issued by this Court ratifying the 15 USC § 1692k(1) actual damages assessed by Consumers in Consumer's private right of action in the amount of $100,000 against Sara Tussey, for violations of the FDCPA

Consumers move to vacate debt collection Case No: 411672V in the Circuit Court for Montgomery County per Federal Rules 12b(1)-(7).

Consumers move for any punitive damages that the Court shall assess based on 15 USC § 1692k(2)(A).

We, Pierre Hicks and Tanya Hicks declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC § 1746(1)

Executed on: January __30__, 2017

By: _____        _____
        Pierre Hicks                                Tanya Hicks

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished by USPS Certified Mail postage prepaid, this 30th day of January 2017 to:

Carrie M. Ward,
Howard N. Bierman,
Jacob Geesing,
Pratima Lele,
Joshua Coleman,
Richard R. Goldsmith Jr.,
Ludeen McCartney-Green,
Jason Kutcher,
Elizabeth C. Jones,
Nicholas Derdock,
John E. Driscoll,
David K. McCloud,
Christina Williamson,
Christopher Haresign c/o
JACOB GEESING
SUITE 101
6003 EXECUTIVE BLVD
ROCKVILLE, MD 20852

ALEX COOPER AUCTIONEERS, INC
c/o
JOSEPH A. COOPER
908 YORK ROAD
TOWSON, MD 21204

Sara Tussey c/o
DIANE ROSENBERG ESQ
STE 600
4340 EAST WEST HWY
BETHESDA, MD 20814

CONSUMER FINANCIAL PROTECTION BUREAU
1700 G STREET
WASHINGTON, DC 20552

Mailed by: _____
Pierre Hicks