IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PIERRE HICKS, *et al*, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. PX 17-258 |
| CARRIE M. WARD, *et al*, | * | |
| Defendants. | * | |

******

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 24th day of October, 2017, by the United States District Court for the District of Maryland, ORDERED that:

1. Defendants' Motions to Dismiss, ECF Nos. 7 & 10, are GRANTED, and the Plaintiffs' Amended Complaint, ECF No. 4, is DISMISSED with prejudice.

2. The Clerk shall transmit copies of the Memorandum Opinion and this Order to the parties and CLOSE the case.

                                                             /s/
PAULA XINIS
United States District Judge